IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) C.A. No.: 17-0158-LPS |
| v. | ) (consolidated) |
| | ) |
| MICRO LABS USA INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## DECLARATION OF PROFESSOR JEFFREY D. WINKLER

### I. Background and Qualifications

1. I am the Merriam Professor of Chemistry at the University of Pennsylvania, a position I have held since 2001. From 1996 to 2001, I was a Professor of Chemistry and from 1990 to 1996 I was an Associate Professor of Chemistry at the University of Pennsylvania. I was an Assistant Professor of Chemistry at the University of Chicago from 1983 to 1990.

2. I have over 30 years of experience in the fields of organic and medicinal chemistry. My area of expertise includes reaction mechanisms in organic chemistry, as well as design, synthesis and analysis of chemical reactions for the synthesis of biologically active natural and unnatural products. In particular, I have extensive experience in the area of analysis of chemical compounds (chiral and achiral), including performing various testing techniques useful in characterizing chemical compounds.

3. I earned my A.B. in Chemistry from Harvard College in 1977 and my Ph.D. in Chemistry from Columbia University in 1981.

4.     I have received numerous professional awards and honors. I was named a Fellow of the Japan Society for the Promotion of Science in 2010. I was awarded the American Chemical Society Cope Scholar Award in 2000 for excellence in organic chemistry, and a two-year Alfred P. Sloan Research Fellowship in 1987, which recognizes "scholars of outstanding promise [with] unique potential to make substantial contributions to their field." In addition, my research has been supported by an American Cyanamid Company Young Faculty Award (1989 1992), a NIH-NCI Research Career Development Award (1988-1993), and a Merck Foundation Award for Faculty Development (1985). I received the Philadelphia Organic Chemists' Club Award in 2006, the Lindback Award for Distinguished Teaching at the University of Pennsylvania in 2007, and the Ira H. Abrams Memorial Award for Distinguished Teaching, the highest teaching honor bestowed by the School of Arts and Sciences at the University of Pennsylvania, in 2016.

5.     I have served as Associate Editor of Organic Letters, the premier journal published by the American Chemical Society for rapid communications in organic chemistry, since its inception in 1999. I have reviewed and continue to review publications for peer-reviewed journals, including the Journal of the American Chemical Society, Angewandte Chemie, the Journal of Organic Chemistry, Tetrahedron, and Tetrahedron Letters.

6.     I have authored over 130 peer reviewed journal articles in the field of chemistry and given dozens of invited lectures. I have also directed the research of numerous graduate students and post-doctoral researchers.

7.     Further information regarding my qualifications and credentials appears in my curriculum vitae, Exhibit A hereto.

8.  During the last four years I have been deposed or testified in the following matters: (1) *FMC v. Summit Agro* (Inv. No. 337-TA-914); (2) *Steadymed Therapeutics v. United Therapeutics* (IPR 2016-00006); and (3) *Cipla Ltd., v. Sunovion Pharmaceuticals Inc.* (C. A. No 15-424 (LPS).

9.  I am being compensated for my expert work in this matter at a rate of $600 per hour and $900 per hour for deposition/trial testimony. My compensation is in no way dependent on the content of my opinions or on the outcome of this case.

**Opinions**

10. I have reviewed the parties' Joint Claim Construction Chart which sets forth the parties' claim constructions with respect to claims 1 and 2 of U.S. Patent No. RE41,783 (the "RE'783 patent"). I have reviewed that patent and, in particular, claims 1 and 2. I have also reviewed claims 1 and 20 of U.S. Application No. 09/732,669 ('669 application) which issued as U.S. Patent No. 6,627,754, the predecessor to the RE'783 patent.

11. At the request of plaintiffs' counsel I have been asked to answer the following questions:

   a. Which of the compounds identified as Examples in the RE'783 patent are encompassed by claim 1 under plaintiffs' claim construction and under defendants' claim construction?

   b. Which of the compounds identified as Examples in the RE'783 patent are encompassed by claim 2 under plaintiffs' claim construction and under defendants' claim construction?

   c. Which of the compounds listed in claim 20 of the '669 application would be encompassed by claim 1 of the '669 application if a person of ordinary skill in the art were to read claim 1 in accordance with plaintiffs' construction of claim 1 of the

3

RE783 patent and in accordance with defendants' construction of claim 1 of the RE'783 patent.

12. In performing the requested analyses, I drew the chemical structures of the Examples in the RE'783 patent. The structures that I prepared are shown in Exhibit B to this declaration. I note that although there are 26 Examples in the RE'783 patent, the Examples disclose only 25 compounds because Examples 15 and 20 are identical.

13. In depicting the compounds, I have marked in red those substituents on the piperidine rings which are permitted under both plaintiffs' construction of claim 1 and defendants' construction of claim 1. I have marked in blue those substituents which are within the group of formula II, but are excluded from claim 1 under defendants' construction which does not allow for compounds that have both a methyl group and a formula II group on the piperidine ring.

14. My conclusion is that of the 25 compounds that are listed in the Examples, fourteen (Examples 2, 5, 6, 7, 8, 13, 14, 15, 18, 21, 22, 23, 25 and 26) would be excluded from claim 1 under defendants' claim construction. The same fourteen compounds would be excluded from claim 2 under defendants' construction. Twelve of the fourteen (all except Examples 14 and 21) would be excluded from all of the claims of the RE41,783 patent under defendants' construction. Examples 14 and 21 are specifically named in claim 3 and example 14 is specifically named in claim 4. All 25 of the compounds in the Examples would be within claim 1 under plaintiffs' claim construction.

15. I have illustrated in Exhibit C the twelve compounds specified in claim 20 of the '669 application, which depends from claim 1 of that application. Again, I have marked in red on Exhibit C those substituents on the piperidine rings that are permitted under plaintiffs'

claim construction and under defendants' claim construction. I have marked in blue those substituents that are excluded under defendants' claim construction which does not allow for substitution of the piperidine ring with both a methyl group and the group identified as formula II in the '669 application (at p. 3).

16.     I have determined that applying defendants' claim construction to claim 1 of the '669 application would exclude from claim 1 of the '669 application nine of the twelve compounds listed in claim 20 (all but the first, ninth and tenth compounds) from the scope of claim 1 of that application. Under plaintiffs' claim construction, all 12 of the compounds listed in claim 20 would be encompassed by claim 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 29, 2018.

_____
Jeffrey D. Winkler

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 8, 2018, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>*Attorneys for Defendants Micro Labs USA Inc. and Micro Labs, Ltd.* | *VIA ELECTRONIC MAIL* |
| Stephen R. Auten, Esquire<br>Jane S. Berman, Esquire<br>Richard R. Ruzich, Esquire<br>Jaimin Shah, Esquire<br>TAFT STETTINUIUS & HOLLISTER LLP<br>111 East Wacker Drive, Suite 2800<br>Chicago, IL 60601<br>*Attorneys for Defendants Micro Labs USA Inc. and Micro Labs, Ltd.* | *VIA ELECTRONIC MAIL* |
| John W. Shaw, Esquire<br>Karen Elizabeth Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>SHAW KELLER LLP<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Defendants Sun Pharmaceutical Industries Limited and Sun Pharmaceutical Industries, Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Huiya Wu, Esquire<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY  10018<br>*Attorneys for Defendants Sun Pharmaceutical Industries Limited and Sun Pharmaceutical Industries, Inc.* | *VIA ELECTRONIC MAIL* |
| Sarah J. Fischer, Esquire<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA  02210<br>*Attorneys for Defendants Sun Pharmaceutical Industries Limited and Sun Pharmaceutical Industries, Inc.* | *VIA ELECTRONIC MAIL* |
| Neal C. Belgam, Esquire<br>Eve H. Ormerod, Esquire<br>SMITH, KATZENSTEIN & JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>*Attorneys for Defendant Prinston Pharmaceutical Inc.* | *VIA ELECTRONIC MAIL* |
| Jing Xia, Esquire<br>Philip Y. Braginsky, Esquire<br>Alan Tenebaum, Esquire<br>TARTER KRINSKY & DROGIN LLP<br>1350 Broadway<br>New York, NY  10018<br>*Attorneys for Defendant Prinston Pharmaceutical Inc.* | *VIA ELECTRONIC MAIL* |
| John C. Phillips, Jr., Esquire<br>David A. Bilson, Esquire<br>Megan C. Haney, Esquire<br>PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806<br>*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Ltd.* | *VIA ELECTRONIC MAIL* |

Michael J. Gaertner, Esquire                                           *VIA ELECTRONIC MAIL*
James T. Peterka, Esquire
Timothy F. Peterson, Esquire
Jennifer M. Coronel, Esquire
LOCKE LORD LLP
111 South Wacker Drive, Suite 4100
Chicago, IL  60606
*Attorneys for Defendants Zydus*
*Pharmaceuticals (USA) Inc. and Cadila*
*Healthcare Ltd.*

Andrea L. Wayda, Esquire                                               *VIA ELECTRONIC MAIL*
LOCKE LORD LLP
Brookfield Place
200 Vesey Street
New York, NY  10281
*Attorneys for Defendants Zydus*
*Pharmaceuticals (USA) Inc. and Cadila*
*Healthcare Ltd.*

                    */s/ Maryellen Noreika*

                    Maryellen Noreika (#3208)