**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PFIZER INC., et al.<br><br>            Plaintiffs,<br><br>      v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC., et al.<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C. A. No. 17-158-LPS<br>)<br>) (Consolidated)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME**

The parties hereby stipulated and agree, subject to the approval of the Court, that the following deadlines are extended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact discovery cutoff | March 15, 2019 | April 26, 2019 |
| Initial Expert Reports | May 3, 2019 | June 21, 2019 |
| Supplementation deadline, identification of accused products and of invalidity references (excluding those to rebut secondary considerations) | March 15, 2019 | July 9, 2019 |
| Responsive Reports | June 14, 2019 | August 1, 2019 |
| Reply Reports (except for secondary considerations) | July 12, 2019 | August 30, 2019 |
| Reply Reports (secondary considerations) | August 2, 2019 | September 20, 2019 |
| Close of expert discovery | September 20, 2019 | December 13, 2019 |
| Deadline for *Daubert* motions | August 23, 2019 | January 15, 2020 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for opposition to *Daubert* motions | September 20, 2019 | February 12, 2020 |
| Deadline for replies to *Daubert* motions | October 4, 2019 | March 5, 2020 |
| Joint proposed pretrial order due | April 20, 2020 | Unchanged |
| Pretrial conference | May 1, 2020 | Unchanged |
| Trial (5 days) | May 11, 2020 | Unchanged |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*
Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mdellinger@mnat.com

*Attorneys for Plaintiffs*

PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgmhlaw.com
mch@pgmhlaw.com

*Attorneys for Defendants*

SO ORDERED this ____ day of March, 2019.

_____
The Honorable Leonard P. Stark
Chief Judge, United States District Court